■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND WATSON, Also Known as RAYMOND HILL, Appellant. —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered January 23, 1980, convicting him of escape in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.